# NO. 12-19-00324-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *LARRY KALMOWITZ AND REBECCA KALMOWITZ,* <br> *APPELLANTS* | *§* | *APPEAL FROM THE* |
| *V.* | *§* | *COUNTY COURT AT LAW* |
| *FEDERAL HOME LOAN MORTGAGE CORPORATION,* <br> *APPELLEE* | *§* | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c).

Larry and Rebecca Kalmowitz, acting pro se, filed a notice of appeal from a judgment signed on October 2, 2019. On October 4, the Clerk of this Court notified Appellants that their notice of appeal failed to contain the information specifically required by Texas Rules of Appellate Procedure 9.5 (service) and 25.1(e) (notice) and that the appeal would be referred to the Court for dismissal unless a proper notice of appeal is filed on or before November 4. *See* TEX. R. APP. P. 42.3(c), 9.5, 25.1(e). That deadline expired, and Appellants have not filed a compliant notice of appeal or otherwise responded to this Court's October 4 notice.

Because Appellants failed, after notice, to comply with Rules 9.5 and 25.1(e), the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered November 27, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 27, 2019**

**NO. 12-19-00324-CV**

**LARRY KALMOWITZ AND REBECCA KALMOWITZ,**
Appellants
V.
**FEDERAL HOME LOAN MORTGAGE CORPORATION,**
Appellee

Appeal from the County Court at Law

of Smith County, Texas (Tr.Ct.No. 70553-B)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*